IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| RICO SCHWARTZ, by and through his next friend, mother, and conservator, MEMORY SCHWARTZ, | |
| Plaintiff, | No. 2:21-cv-02673-MSN-cgc |
| v. | JURY TRIAL DEMAND |
| TENNESSEE SECONDARY SCHOOL ATHLETIC ASSOCIATION, and COLLIERVILLE SCHOOLS BOARD OF EDUCATION, | |
| Defendants. | |

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint, (ECF No. 1), filed October 25, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Parties' Joint Stipulation of Dismissal with Prejudice, filed February 23, 2022, (ECF No. 29), and under Fed. R. Civ. P. 41(a)(1)(A)(ii) that permits dismissal without a court order, settling this matter between the parties and dismissing all claims against Defendants with prejudice, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

APPROVED: *s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

DATE:   February 23, 2022